# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00384-CV

**Kirsten Hanna; Upside Up Properties, LLC; and Upside Up Ventures, Inc., Appellants**

**v.**

**M. Matthew Williams; David Howell; Law Firm of M. Matthew Williams; and Leighton, Michaux, Adkinson & Brown, PLLC, Appellees**

---

### FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-21-000957, THE HONORABLE KARIN CRUMP, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

On December 3, 2021, we granted appellants' unopposed motion to abate their appeal so that they could cure a "potential jurisdictional impediment" by having the trial court sever appellees' counterclaim from the underlying proceeding. *See Hanna v. Williams*, No. 03-21-00384-CV, 2021 WL 5750189, at \*1 (Tex. App.—Austin Dec. 3, 2021, no pet.) (per curiam) (mem. op.). Appellants have now filed both a status report stating that the trial court denied their motion to sever and an unopposed motion to dismiss this appeal. Accordingly, we reinstate the appeal, grant appellants' motion, and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Melissa Goodwin, Justice

Before Justices Goodwin, Baker, and Triana

Dismissed on Appellants' Motion

Filed:   January 26, 2022